Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gilbert, Steven C | Case Number: 08 B 11499 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 5/6/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 10, 2009
Confirmed: July 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,500.00 | |
| Secured: | | 7,036.96 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,841.50 |
| Trustee Fee: | | 621.54 |
| Other Funds: | | 0.00 |
| Totals: | 9,500.00 | 9,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,841.50 | 1,841.50 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 5. | American Honda Finance Corporation | Secured | 28,612.55 | 2,875.00 |
| 6. | Harris N A | Secured | 17,288.48 | 480.00 |
| 7. | Accredited Home Lenders | Secured | 2,549.43 | 373.47 |
| 8. | Chase Home Finance | Secured | 22,590.96 | 3,308.49 |
| 9. | Illinois Dept of Revenue | Priority | 1,181.46 | 0.00 |
| 10. | Internal Revenue Service | Priority | 8,663.15 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 776.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 165.63 | 0.00 |
| 13. | American Honda Finance Corporation | Unsecured | 0.00 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 593.83 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 1,200.98 | 0.00 |
| 16. | Condo Association | Secured | | No Claim Filed |
| 17. | Sandra Agulia | Priority | | No Claim Filed |
| 18. | Chase | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | AT&T | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
|  |  |  | $ 85,463.97 | $ 8,878.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gilbert, Steven C

Printed: 03/24/09

Case Number: 08 B 11499
Judge: Goldgar, A. Benjamin
Filed: 5/6/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 409.51 |
| 6.6% | 212.03 |
| | $ 621.54 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

